

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:     Henry Earl Taylor v. The State of Texas

Appellate case number:   01-11-00052-CR

Trial court case number:  1066968

Trial court:             351st District Court of Harris County

      Appellant has filed a motion for rehearing asserting that this court has jurisdiction over his appeal. Appellant is **ordered** to file a written declaration made under penalty of perjury attesting to the facts surrounding the filing of his notice of appeal. The declaration should specify when and how appellant filed his notice of appeal and should include any other facts relevant to the issue of whether appellant's notice of appeal was timely filed. Appellant's declaration shall be filed by **Friday, September 21, 2012**.

      It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
           ☑   Acting individually    ☐   Acting for the Court

Date: August 20, 2012